IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RICHARDSON PROPERTIES, LLC                                                PLAINTIFF

v.                          No. 4:16-cv-158-DPM

MLAKE 1, LLC                                                             DEFENDANT

JUDGMENT

The complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

25 April 2016